UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GRACE ROSA BAEZ, and
CESAR MARTINEZ,

Defendants.

**INDICTMENT**

24 Cr.

24 CRIM 164

---

### COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about October 9, 2023, up to and including in or about October 19, 2023, in the Southern District of New York and elsewhere, GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, conspired to distribute and possess with intent to distribute were: (i) one kilogram and more of mixtures and substances containing a detectable amount of heroin; (ii) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl; and (iii) 100 grams and more of mixtures and substances containing a detectable amount of para-fluorofentanyl, in

violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Distribution of Narcotics)

The Grand Jury further charges:

4. On or about October 16, 2023, in the Southern District of New York and elsewhere, GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

## COUNT THREE
### (Distribution of Narcotics)

The Grand Jury further charges:

6. On or about October 17, 2023, in the Southern District of New York and elsewhere, GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

7. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C);

Title 18, United States Code, Section 2.)

## COUNT FOUR
### (Distribution of Narcotics)

The Grand Jury further charges:

8. On or about October 19, 2023, in the Southern District of New York and elsewhere, GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

9. The controlled substances involved in the offense were: (i) one kilogram and more of mixtures and substances containing a detectable amount of heroin; (ii) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl; and (iii) 100 grams and more of mixtures and substances containing a detectable amount of para-fluorofentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

10. As a result of committing the offenses alleged in Counts One, Two, Three, and Four of this Indictment, GRACE ROSA BAEZ, and CESAR MARTINEZ, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

11.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney