UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                  :

UNITED STATES OF AMERICA       :

                                    :         24cr164(DLC)

         -v-                    :

                                    :           ORDER

GRACE ROSA BAEZ and CESAR MARTINEZ,   :

                Defendants.   :

                                    :
-------------------------------------- X

DENISE COTE, District Judge:

      Having received the Government's letter of March 21, 2024, it is hereby

      ORDERED that an arraignment and initial conference will be held on **March 28, 2024 at 2:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

      IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach

agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that, for the reasons explained in the Government's letter, the time from today until March 28, 2024 is excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A). This exclusion is in the interest of justice and outweighs the best interest of the public and defendant in a speedy trial.

Dated:     New York, New York
           March 21, 2024

                                    _____
                                    DENISE COTE
                          United States District Judge