

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

Lance Clarke
Managing Partner
Clarke@HCLLPLaw.com

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

June 26, 2024

<u>**Re: United States v. Graze Rosa Baez, 24-CR-164-DLC**</u>

Dear Judge Cote:

Counsel recently filed a letter with the Court seeking a postponement of Ms. Baez's sentencing currently scheduled for July 18, 2024 at 2:30pm, until September. We regret not providing detailed information about the reasons for this request and would like to clarify our reasoning as our objective is not to unduly delay the sentencing process.

Currently, counsel is engaged in compiling information, including consultation with Ms. Baez and specialists, to produce a comprehensive sentencing submission. Due to prior commitments in other jurisdictions this spring, we require additional time to complete this submission. While August was initially considered, conflicts with counsel's family obligations and the impending start of Ms. Baez's children's school year prompted us to propose a September date instead.

I apologize for any inconvenience this may cause and am ready to address any questions from the Court and proceed on a date that is suitable for the court.

Respectfully submitted,

*Lance Clarke*

Lance Clarke, Esq.

*[Handwritten note by Judge:]* The sentence shall proceed as scheduled on July 18 at 2:30 pm. Defense submissions shall be due July 11; the Government's submissions are due July 16.

*Denise Cote*
June 26, 2024